UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM EARL SALGAT,

    Petitioner,        Civil No. 2:25-cv-12785
                                HONORABLE DENISE PAGE HOOD
v.

71B DISTRICT COURT
TUSCOLA COUNTY,

    Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, Honorable Denise Page Hood, a United States District Judge, presiding, and in accordance with the Memorandum Opinion and Order entered this date:

    (1) IT IS ORDERED AND ADJUDGED that the Petition for a Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.
    (2) A Certificate of Appealability is **DENIED**.
    (3) Petitioner is **DENIED** leave to appeal *in forma pauperis.*

Dated at Detroit, Michigan, this 30th, day of January, 2026.

                                      KINIKIA D. ESSIX
                                      CLERK OF THE COURT

APPROVED BY:                  By: <u>LaShawn Saulsberry</u>
                                      DEPUTY CLERK

<u>S/DENISE PAGE HOOD</u>
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE